IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-1420-AP**

IN RE:

**WESTERN INTEGRATED NETWORKS, LLC., et al.,**

    Debtors.

**TOM H. CONNOLLY, as Liquidation Trustee of Consolidated WIN Liquidating Trust,**

    Plaintiff,

v.

**THE CITY OF HOUSTON, TEXAS,**

    Defendant.

**THE CITY OF HOUSTON, TEXAS,**

    Counter-Plaintiff,

v.

**TOM H. CONNOLLY, as Liquidation Trustee of Consolidated WIN Liquidating Trust,**

    Counter-Defendant.

**ORDER**

Kane, J.

    Upon careful review of the Trustee's Motion for Leave to Appeal Interlocutory Order Pursuant to 28 U.S.C. ss 158(a) and Defendant Houston's Objection thereto, I agree the standards governing the granting interlocutory appeal set forth at 28 U.S.C. ss 1292(b) have not been met. The

Trustee has not established the existence of a controlling question of law over which there is substantial ground for disagreement and for which immediate appeal will materially advance the ultimate termination of litigation. *See In re Blinder, Robinson*, 132 B.R. 759, 764 (D. Colo. 1991). The Motion for Leave to Appeal Interlocutoy Order is **DENIED**.

Dated this 9th day of August, 2005.

BY THE COURT:

S/**John L. Kane**
Senior Judge, United States District Court